

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2019

No. 04-19-00128-CV

Rajah **JEFFERS,**
Appellant

v.

**HOUSING AUTHORITY OF THE CITY OF SAN ANTONIO,**
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2019CV00800
Honorable John Francis Davis, Judge Presiding

## O R D E R

Appellants' brief was originally due May 3, 2019. When the brief was not filed, we ordered appellants to file, by May 31, 2019, their brief and a written response explaining their failure to timely file a brief. On June 28, 2019, appellants filed a response and requested an extension of twenty days to file a brief. We granted appellants' request and ordered appellants to file a brief by July 29, 2019. Neither a brief nor a motion for extension of time has been filed.

We therefore **ORDER** appellants to file, **on or before August 26, 2019,** their appellants' brief and a written response reasonably explaining their failure to timely file the brief. If appellants fail to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court